Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
MAR 14 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
MAR 18 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: STEPHANIE A. BROWN

Debtor(s)

Case No: 05-49225 EDJ 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $13.86 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 05-49225 EDJ13 | QUICK PAYDAY LOAN<br>41 EAST 400 NORTH #327<br>LOGAN, UT 84321 | $ 400.00 | $ 13.86 |
| | Total Unclaimed Dividends | | $ 13.86 |

Dated: March 11, 2011

Martha G. Bronitsky, Chapter 13 Trustee